1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JEAN M. TURK, CSBN 131517
4  Special Assistant United States Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA  94105
   Telephone:  (415) 977-8976
6  Facsimile:  (415) 744-0134
   E-Mail:jean.turk@ssa.gov
7
8  Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CLAUDIA HAYES, | Case No. EDCV 08-0098 JWJ |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: August 14, 2008

/s/
HON. JEFFREY  W. JOHNSON
UNITED STATES MAGISTRATE JUDGE